IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-117-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | )<br>)<br>)     **ORDER**<br>) |
| HAROLD EARL BLONDEAU, | )<br>) |
| Defendant. | )<br>) |

This matter is before the court on the government's appeal from Magistrate Judge David W. Daniel's Order Appointing Counsel for defendant [DE #106]. The court has reviewed this matter, including the government's appeal and defendant's response. The court finds that Judge Daniel's decision is not clearly erroneous or contrary to law. Therefore, pursuant to Rule 72 of the Federal Rules of Civil Procedure and Local Rule 72.4(a), the court upholds the August 25, 2011 Order of Appointment.

This 8th day of September 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26